# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RAMON MERAZ, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES BACK, et al., <br><br> Defendants. | No. CV 18-7265-MWF (PLA) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE RE: DEFENDANT McDONNELL** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. The Second Amended Complaint is dismissed with prejudice and without leave to amend as to defendant McDonnell, for failure to prosecute and follow court orders.

///
///
///

3. The clerk shall serve this Order on all counsel or parties of record.

DATED: December 19, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE